IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP MENDOZA,  　　　　　　　　　　No. CIV S-08-3067-FCD-CMK-P

　　　　　Petitioner,

　　vs.　　　　　　　　　　　　　　　　ORDER

D.K. SISTO,

　　　　　Respondent.

_____/

　　　　　Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole.  Final judgment was entered on March 24, 2011, and petitioner has appealed.  Pending before the court is petitioner's motion for leave to proceed in forma pauperis (Doc. 22).  Because petitioner was not granted in forma pauperis status in this court, he is not automatically entitled to such status on appeal pursuant to Federal Rule of Appellate Procedure 24(a)(3).  Petitioner's motion is denied without prejudice to renewing the motion in the Court of Appeals.

　　　　　IT IS SO ORDERED.


DATED: May 5, 2011

　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　 CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

1